FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re: **Nathaniel Robert Guy / Charmaine Nicole Guy**, Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Nathaniel Robert Guy** | S.S.# **xxx-xx-3336** |
| | (W) **Charmaine Nicole Guy** | S.S.# **xxx-xx-4768** |
| ADDRESS: | **3596 Prescott Rd.** | |
| | **Memphis, TN 38118** | |

PLAN PAYMENT: Debtor(s) to pay $ **620.00** (weekly, every two weeks, semi-monthly)
PAYROLL DEDUCTION: **YES**    OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE: **April 10, 2016**
PLACE OF EMPLOYMENT: **LGSTX Distribution**    Spouse's Employer: **Pacific Logistics Corp.**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **Internal Revenue Service** | $ **83.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| **Shellpoint Mortgage Servicing** | Ongoing pmt. Begin | **June 1, 2016** | | | $ **760.00** |
| | Approx. arrearage | **12,280.00** | Interest **0.00** % | | $ **205.00** |

SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS: Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$129,906.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **American Car Center**: **2013 Volkswagon Passat**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.

DEBTOR'S ATTORNEY:
**B. David Sweeney TN BPR # 012821**
**The Sweeney Law Firm, P.C.**
**P.O. Box 341698**
**Memphis, TN 38184**
**901-523-2323 Fax:901-202-4701**